# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No. 1:19-cv-2693-STA-jay |
| FOURTEEN FOODS, LLC d/b/a DAIRY QUEEN BRAZIER | ) ) ) ) |
| Defendant. | ) |

## ORDER GRANTING JOINT MOTION TO MODIFY

Before the Court is Plaintiff Equal Employment Opportunity Commission and Defendant Fourteen Foods, LLC, d/b/a Dairy Queen Brazier's Joint Motion to Modify the Scheduling Order. For good cause shown, the Motion is **GRANTED**. The following modified deadlines are hereby established:

1) Deadline to Complete Discovery – February 25, 2021;

2) Deadline to Conduct Depositions – February 25, 2021;

3) Deadline to Conduct Expert Witness Depositions – February 25, 2021;

4) Deadline to file Daubert Motion - March 9, 2021;

5) Deadline to Supplement – February 25, 2021;

8) Deadline to file Dispositive Motions – April 24, 2021.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: December 1, 2020