IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 1:19-cv-2693 |
| | ) | Chief Judge Anderson |
| FOURTEEN FOODS, LLC d/b/a DAIRY QUEEN BRAZIER | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO ENTER CONSENT DECREE

The Equal Employment Opportunity Commission and Fourteen Foods, LLC d/b/a Dairy Queen Brazier (collectively, "the Parties") have reached a settlement in the form of a proposed Consent Decree to resolve this case. The Parties submit to the Court contemporaneously the proposed Consent Decree containing the terms of the settlement. In light of the settlement, the Parties respectfully move this Court to approve and enter the proposed Consent Decree. The Parties submit a memorandum in support of the joint motion.

Respectfully submitted,

*Tonya J. Austin*
Tonya J. Austin
TN Bar No. 33771
Frost Brown Todd, LLC
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1900
Nashville, TN  37201

Faye A. Williams
Regional Attorney
 TN Bar No. 11730

/s/ *Roslyn N. Griffin*
Roslyn N. Griffin
Trial Attorney
MS Bar No. 103317

*Brice Smallwood*
Brice C. Smallwood
Admitted *Pro Hac Vice*
TN Bar No.  036464

CHRISTINA M. WIMBLEY
Trial Attorney
Frost Brown Todd, LLC
christina.wimbley@eeoc.gov

3300 Great American Tower  
301 East Fourth Street  
Cincinnati, OH 45202

EQUAL EMPLOYMENT OPPORTUNITY  
COMMISSION  
1407 Union Avenue, Suite 900  
Memphis, TN  38104