UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPRTUNITY, COMMISSION,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **FOURTEEN FOODS, LLC.,** | **CASE NO: 19-2693-STA-jay** |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Joint Motion to Approve Consent Decree entered on February 19, 2021, the Joint Motion to Approve is GRANTED.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 2/19/2021

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By)  Deputy Clerk